UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORRY BARNETT,<br><br>        Petitioner,<br><br>  v.<br><br>TIM GARRETT, et al.,<br><br>        Respondents. | Case No. 3:20-cv-00295-GMN-WGC<br><br>**ORDER** |

Petitioner has submitted a petition for a writ of habeas corpus. He did not submit an application to proceed in forma pauperis, nor did he pay the filing fee of five dollars ($5.00).

IT THEREFORE IS ORDERED that petitioner must file an application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner shall make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. Petitioner will have forty-five (45) days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED: May 21, 2020

_____
GLORIA M. NAVARRO
United States District Judge