# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORRY BARNETT,<br><br>        Petitioner,<br><br>    v.<br><br>TIM GARRETT, et al.,<br><br>        Respondents. | Case No. 3:20-cv-00295-GMN-WGC<br><br>**ORDER** |

This is a closed habeas corpus action under 28 U.S.C. § 2254.  Petitioner Corry Barnett has sent a letter asking for a copy of every document in this action, because he is searching for one specific document.  ECF No. 20.  The court will send him a copy of the docket sheet.  When Barnett identifies the particular document he wants, then he will need to complete and send to the clerk the copy and service request form.

IT THEREFORE IS ORDERED that the clerk of the court send petitioner a copy of the docket sheet and the copy and service request form.

DATED: December 8, 2021

_____
GLORIA M. NAVARRO
United States District Judge

1